# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE ASBESTOS PRODUCT LIABILITY LITIGATION   MDL-875

| | | |
|---|---|---|
| DOUGLAS ALLISON, | § | |
| Plaintiffs, | § § | CIVIL ACTION NO. 1:04-cv-10017-TPG |
| VS. | § § § | USDC SDNY DOCUMENT ELECTRONICALLY FILED |
| CRANE CO., ET AL. | § § § | DOC #: _____ DATE FILED: 8/7/06 |
| Defendants. | | |

IT IS HEREBY CONSENTED THAT the law offices of KIRKPATRICK & LOCKHART, NICHOLSON, GRAHAM, LLP, be substituted as the attorneys of record for CRANE CO. in the above entitled action in the place and stead of HARRIS BEACH, PLLC, as of the date hereof, and that this substitution is effective without further notice.

Dated:   New York, New York
December 13, 2005

HARRIS BEACH, PLLC

BY: _____
CYNTHIA WEISS ANTONUCCI
Outgoing Counsel for (CWA-6418)
CRANE CO.
805 Third Avenue
New York, New York 10022
(212) 687-0100

By: CRANE CO. _____  Vice President

KIRKPATRICK & LOCKHART,
NICHOLSON, GRAHAM, LLP

BY: _____
MICHAEL WALLER (MW-2655)
Incoming Counsel for
CRANE CO.
One Newark Center, Tenth Floor
Newark, New Jersey 07102
(973) 848-4000

So ordered.
Thomas P. Griesa
USDJ
8/7/06

Michael E. Waller (MW-2155)
**KIRKPATRICK & LOCKHART
NICHOLSON GRAHAM LLP**
One Newark Center, Tenth Floor
Newark, New Jersey 07102
Telephone: (973) 848-4000
Attorneys for Defendant
Crane Co.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

### DOCUMENT ELECTRONICALLY FILED

| | |
|---|---|
| DOUGLAS ALLISON,<br><br>  Plaintiff,<br><br>v.<br><br>CRANE CO. et al.,<br><br>  Defendants. | Civil Action No. 1:04-CV-10017-TPG<br><br>**CERTIFICATION OF<br>FILING AND SERVICE** |

Michael E. Waller, Esq., hereby certifies as follows:

1. I am an attorney-at-law of the State of New Jersey and a member of the firm of Kirkpatrick & Lockhart Nicholson Graham LLP, attorneys for Defendant Crane Co.

2. On this date, I caused a copy of Crane Co.'s Consent to Change Attorney and this Certification of Filing and Service, to be electronically filed with the United States District Court for the Southern District of New York.

3. A copy of Crane Co.'s Consent to Change Attorney and this Certification were served electronically and via regular mail on all counsel.

4. A courtesy copy of Crane Co.'s Consent to Change Attorney and this Certification, were forwarded via federal express to the Clerk of the

Judicial Panel on Multidistrict Litigation, at the Thurgood Marshall Federal and Judiciary Building, One Columbus Circle, NE, Room G-255, North Lobby, Washington, DC 20002-8004.

I certify under penalty of perjury that the foregoing is true and correct.

s/ <u>Michael E. Waller (MW-2155)</u><br>
**KIRKPATRICK &**<br>
**LOCKHART**<br>
**NICHOLSON GRAHAM LLP**<br>
One Newark Center, Tenth Floor<br>
Newark, New Jersey 07102<br>
Telephone: (973) 848-4000<br>
mwaller@klng.com

Dated: March 22, 2006